45 A.3d 402

Shawn HAMPTON, Appellant

v.

PHILADELPHIA COUNTY, Appellee.

Supreme Court of Pennsylvania.

May 29, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of May, 2012, the Order of the Commonwealth Court is AFFIRMED.